IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
NAFTALI ROSENBERG, individually and on
behalf of all others similarly situated,

                Plaintiff,

v.

MRS BPO, LLC d/b/a MRS ASSOCIATES,

                Defendant.

---------------------------------------------------------X

Court File No. 1:21-cv-2200-PKC-RML

Judge Pamela K. Chen
Magistrate Judge Robert M. Levy

## **RULE 7.1 DISCLOSURE STATEMENT OF MRS BPO, LLC**

Defendant MRS BPO, LLC d/b/a MRS Associates as and for its Rule 7.1 Corporate Disclosure Statement provides as follows:

MRS BPO, LLC is a wholly owned subsidiary of MRS Associates, Inc. Neither MRS BPO, LLC, nor MRS Associates, Inc. are publicly traded or are owned by any other entity that is publicly traded.

Dated: May 13, 2021

By /s/ Michael T. Etmund_____
   Michael T. Etmund, NY REG # 5168331
   MOSS & BARNETT, PA
   150 South Fifth Street, Suite 1200
   Minneapolis, MN 55402-4129
   Telephone:  (612) 877-5309
   Facsimile:  (612) 877-5050
   Michael.etmund@lawmoss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service, upon the following:

> Tamir Saland, Esq.
> Stein Saks
> tsaland@steinsakslegal.com
> *Counsel for Plaintiff*

/s/ Michael T. Etmund
Michael T. Etmund